# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 26-7006                                        September Term, 2025

1:24-cv-02907-CJN

Filed On: January 23, 2026 [2155835]

Brent Kideckel,

    Appellant

    v.

Foreign Nation of Canada, et al.,

    Appellees

### O R D E R

The notice of appeal was filed on January 18, 2026, and docketed in this court on January 23, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 23, 2026 |
| Docketing Statement Form | February 23, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 23, 2026 |
| Procedural Motions, if any | February 23, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 23, 2026 |
| Statement of Issues to be Raised | February 23, 2026 |
| Transcript Status Report | February 23, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | February 23, 2026 |
| Dispositive Motions, if any | March 9, 2026 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7006**                                                                                              **September Term, 2025**

case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 23, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 23, 2026 |
| Procedural Motions, if any | February 23, 2026 |
| Dispositive Motions, if any | March 9, 2026 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                     **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                     BY:    /s/
                                       Francis A. Walter
                                       Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

Attachments for Pro Se Parties Only:
      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Memorandum Concerning Self-Representation](#)