# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** BRENT KIDECKEL

v.

CANADA, ET AL.

**Case No:** 26-7006

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

City of Toronto

David Wilson

### Counsel Information

**Lead Counsel:** Natalia Marte, Phillips Lytle LLP, South Building, 601 Pennsylvania Ave. NW, Suite 900

**Direct Phone:** (202) 617-2712  **Fax:** (202) 617-2799  **Email:** nmarte@phillipslytle.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)