# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7006**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　**1:24-cv-02907-CJN**

　　　　　　　　　　　　　　　　　　**Filed On: February 19, 2026** [2159865]

Brent Kideckel,

　　　　Appellant

　　v.

Foreign Nation of Canada, et al.,

　　　　Appellees

## O R D E R

　　Upon consideration of appellant's motion for leave to file electronically via CM/ECF, it is

　　**ORDERED** that the motion be granted. Appellant is permitted to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as he is not represented by an attorney. <u>See</u> D.C. Cir. Rule 25(b)(2). Before filing electronically, appellant must submit to the court a NextGen non-attorney e-file registration through the PACER website.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Catherine J. Lavender
　　　　　　　　　　　　　　　　　Deputy Clerk