IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Brent Kideckel,

      Plaintiff-Appellant,

v.

Foreign Nation of Canada, *et al.*,

      Defendants-Appellees.

No. 26-7006

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

### A. Parties and Amici

The Plaintiff below and Appellant here is Brent Kideckel. The Defendants named below were: The Foreign Nation of Canada; Doug Downey as Attorney General of Ontario; the Province of Ontario, Canada; the City of Toronto, Canada; David J.N. Wilson; David Kideckel; Dahlia Saibil; Aram Simovonian; Gary Caplan; Ian Sinke; John Doe 1-15; and United States Citizenship & Immigration Services ("USCIS"). The Appellees here include the City of Toronto, David J.N. Wilson, David Kideckel, Dahlia Saibil, and Aram Simovonian. There are no amici or intervenors.

### B. Rulings Under Review

Plaintiff-Appellant Brent Kideckel appeals: (1) the Order of the United States District Court for the District of Columbia, per the Hon. Carl J. Nichols, Dist. Ct. Dkt. 145, entered August 12, 2025, granting three Defendants-Appellees' motions

to dismiss, denying each of the Plaintiff-Appellant's various sanctions/disqualification motions and related motions to compel, and denying as moot all the Plaintiff-Appellant's remaining motions; and (2) the Memorandum Opinion and Order of the United States District Court for the District of Columbia, per the Hon. Carl J. Nichols, Dist. Ct. Dkts. 157, 158, entered January 16, 2026, denying Plaintiff-Appellant's Motion to Alter or Amend Judgment and imposing injunctive and monetary sanctions against Plaintiff-Appellant. The District Court's orders are not yet published and there are no official citations to these rulings.

### C. Related Cases

The case on review has not been before this Court. Defendant-Appellee Aram Simovonian notes that this case was the subject of a petition for a writ of mandamus to expedite the District Court's decision. *In re Brent Kideckel*, No. 25-7201. Plaintiff-Appellant filed a motion to dismiss that proceeding voluntarily following the entry of the District Court's January 16, 2026 Memorandum Opinion and Order denying Plaintiff-Appellant's Motion to Alter or Amend Judgment.

There are no other related cases currently pending in this Court or any other court, as defined by D.C. Cir. Rule 28(a)(1)(C), of which counsel is aware.

Dated: February 23, 2026　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ George B. Breen*
　　　　　　　　　　　　　　George B. Breen (DC Cir. # 66756)
　　　　　　　　　　　　　　Elizabeth A. Harris (DC Cir. # 66762)
　　　　　　　　　　　　　　**Epstein, Becker & Green, P.C.**
　　　　　　　　　　　　　　1227 25th Street, NW, Suite 700
　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　Telephone: (202) 861-1823
　　　　　　　　　　　　　　Facsimile: (202) 861-3523
　　　　　　　　　　　　　　GBreen@ebglaw.com
　　　　　　　　　　　　　　EHarris@ebglaw.com

　　　　　　　　　　　　　　*Attorneys for Defendant-Appellee*
　　　　　　　　　　　　　　*Aram Simovonian*