No. 26-7006

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRENT KIDECKEL,

Appellant,

v.

FOREIGN NATION OF CANADA, et al.,

Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

## APPELLANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

*In Support of Motion for Summary Vacatur*

*Pursuant to D.C. Circuit Rule 28(j)*

Brent Kideckel

Appellant, Self-Represented

P.O. Box 20901

Floral Park, NY 11002

brentkideckel@gmail.com | (917) 634-0637

March 23, 2026

## NOTICE OF SUPPLEMENTAL AUTHORITY

Appellant respectfully submits this notice pursuant to D.C. Circuit Rule 28(j) to bring to the Court's attention newly available authenticated evidence directly relevant to the Motion for Summary Vacatur (USCA Doc. No. 2161496, filed February 28, 2026). The evidence post-dates the completion of briefing and could not have been submitted earlier.

## I. THE SUPPLEMENTAL EVIDENCE

The following four documents are attached as Exhibits 1 through 4:

**Exhibit 1** — Ontario Business Registry Profile Report for Lima Lee Simovonian LLP, generated March 22, 2026 at 23:54, certified by the Director/Registrar of the Ministry of Public and Business Service Delivery of Ontario. Transaction No. APP-A11076162378.

**Exhibit 2** — Archived screenshot of the Lima Lee Simovonian LLP website (llsllp.ca), captured February 22, 2026 at 6:12 AM, displaying Gary Caplan as "Senior Partner" with no contact information.

**Exhibit 3** — Current screenshot of the Lima Lee Simovonian LLP website (llsllp.ca), captured March 22, 2026 at 8:57 PM, displaying Gary Caplan as "Senior Partner" with a direct telephone number (416-568-7747) and email address (gcaplan@limalaw.ca) now added.

**Exhibit 4** — Gmail record of email sent by Appellant on February 23, 2026 at 6:55 AM to partners of Scalzi Caplan LLP

(gary@sclawpartners.ca; carmine@sclawpartners.com), with the following persons copied: Ian Sinke and Tony Antoniou of alaw.ca; **Elizabeth A. Harris (EHarris@ebglaw.com)**; and **George B. Breen (GBreen@ebglaw.com)** — both counsel of record for Appellee Simovonian at Epstein, Becker & Green, P.C. The email identified the Caplan listing as fraud on the public and invited correction before placement on this Court's docket.

## II. WHAT THE EVIDENCE ESTABLISHES

Gary M. Caplan is the founding named partner of Scalzi Caplan LLP — the firm that terminated Aram Simovonian as a direct consequence of this litigation and Appellant's Law Society of Ontario complaint. He is a Certified Specialist in Civil Litigation recognized by the Law Society of Ontario, a "Best Lawyer" designee, and an adjunct professor at Osgoode Hall Law School, the University of Toronto Law School, and Queen's Law School. Mr. Caplan was lead counsel in *Caplan v. Atas*, 2021 ONSC 670 — the Ontario decision establishing, for the first time in that province, the tort of internet harassment and fabricated professional misrepresentation.

Gary Caplan appears on Simovonian's current firm website as "Senior Partner" at Lima Lee Simovonian LLP. The Ontario Business Registry certified record (Exhibit 1) shows that Lima Lee Simovonian LLP has exactly three registered partners — all corporate entities: AJ Lee Professional Corporation, Lima Law Professional Corporation, and Simovonian Professional Corporation. Gary

Caplan does not appear in the Ontario Business Registry in any capacity — individual or corporate. The listing is false on the face of the certified government registry.

The mechanism is identical to the fabricated professional profiles already before this Court. Sharon Chow and Kimberley de Jaray were listed as junior associates while the Law Society of Ontario confirmed neither held a valid license. Gary Caplan is listed as Senior Partner while the Ontario Business Registry confirms no registered partnership interest. The man whose name is being used established the Ontario tort of fabricated professional misrepresentation. The irony is in the record. So is the fraud.

## III. DOCUMENTED NOTICE — BREEN, HARRIS, LAWPRO, AND SCALZI CAPLAN

On February 23, 2026 at 6:55 AM — twenty-eight days before this filing — Appellant sent the email produced as Exhibit 4. The recipients and their significance are as follows.

*Scalzi Caplan LLP* (gary@sclawpartners.ca; carmine@sclawpartners.com): The email was sent directly to the partners of the firm whose founding named partner's identity is being used in the fraudulent listing. Gary Caplan's own former firm partners were notified directly and invited to comment.

*George B. Breen and Elizabeth A. Harris, Epstein, Becker & Green, P.C.* (GBreen@ebglaw.com; EHarris@ebglaw.com): Both counsel of record for

Appellee Simovonian before this Court were copied by name with their firm email addresses. The notification was not sent to a general firm address. It was addressed to each attorney individually and confirmed delivered to their documented addresses of record in this proceeding.

*Ian Sinke and Tony Antoniou, alaw.ca*: LawPRO — the mandatory professional liability insurer for Ontario lawyers — was simultaneously notified. LawPRO's coverage obligations extend to Scalzi Caplan LLP and potentially to Simovonian's current entity. Its insurer was on notice of the fraudulent listing as of February 23, 2026.

The response to that documented multiparty notice was not correction. Between February 22, 2026 (Exhibit 2) and March 22, 2026 (Exhibit 3) — the twenty-eight days following the notification — a direct telephone number and email address were added to Gary Caplan's profile, making the fraudulent listing more functional and more credible. The listing was not removed. It was expanded. After receiving notice that the listing was being documented for this Court's docket, the response was to invest further in it.

Mr. Breen and Ms. Harris both had actual notice as of February 23, 2026. Both continued representing Appellee Simovonian before this Court. Mr. Breen signed the joint opposition and cross-motion for summary affirmance filed March 9, 2026 and the joint response to the OSC motion filed March 20, 2026. Ms. Harris similarly appeared throughout. Neither made any disclosure to this Court of the

Caplan listing, of the notification, or of their client's response. Neither took any documented remedial action.

## IV. RULE 3.3 AND RULE 5.1 — INDEPENDENT OBLIGATIONS, SIMULTANEOUS FAILURE

D.C. Rule of Professional Conduct 3.3(a)(1) requires a lawyer to take reasonable remedial measures upon learning that a client is engaged in fraudulent conduct related to the proceeding. The Caplan listing is fraudulent professional misrepresentation by the same client whose perjured affidavit of service is at the center of the pending OSC motion — part of the same documented pattern of fabricating institutional legitimacy that underlies the vacatur grounds before this Court. Both Mr. Breen and Ms. Harris received actual notice of that ongoing fraud on February 23, 2026 while actively representing Simovonian in these proceedings. Neither took any documented remedial action. Both continued signing court filings.

D.C. Rule of Professional Conduct 5.1 imposes on supervising attorneys the obligation to make reasonable efforts to ensure that supervised attorneys comply with the Rules of Professional Conduct, and makes the supervising attorney responsible for a supervised attorney's violation if the supervising attorney orders the conduct, ratifies it, or knows of it at a time when its consequences can be avoided or mitigated and fails to take reasonable remedial action. Mr. Breen is the supervising partner. Ms. Harris is the supervised attorney. Both were copied

simultaneously on the same notification on the same date. If Ms. Harris failed to flag the Rule 3.3 obligation to Mr. Breen, the Rule 5.1 supervisory failure is his. If Mr. Breen directed or ratified the non-response, both are exposed. If neither acted independently, the failure runs in both directions simultaneously. The email record in Exhibit 4 forecloses any claim of ignorance by either attorney.

The specific timing matters. February 23, 2026 is twenty-eight days before this filing. During those twenty-eight days: the joint opposition and cross-motion were filed (March 9); the OSC response was filed (March 20); Appellant's reply was filed (March 22). Every filing by EBG during the twenty-eight days following actual notice of the Caplan fraud was made without disclosure of that fraud to this Court. Each filing is a discrete act after notice. The cumulative record across four weeks and three filings is not oversight. It is a documented pattern.

## V. RELEVANCE TO MOTION FOR SUMMARY VACATUR

This evidence is directly relevant to the Motion for Summary Vacatur on two independent grounds.

*First*, the vacatur motion establishes that the district court record was contaminated by the conduct of conflicted counsel whose conflict was correctly identified and never disclosed. The Caplan sequence — ongoing fraudulent professional misrepresentation, documented notice to both attorneys of record on a specific date, no disclosure, client escalation, three subsequent court filings —

is evidence that the same pattern of conduct that contaminated the district court record has continued and escalated at the appellate level during the pendency of the vacatur motion itself.

*Second*, the vacatur motion seeks reassignment to a different district judge on remand. *United States v. Microsoft Corp.*, 253 F.3d 34, 115 (D.C. Cir. 2001); *In re Kellogg Brown & Root, Inc.*, 756 F.3d 754, 763 (D.C. Cir. 2014). Mr. Breen and Ms. Harris will appear before the new district judge on remand. Their documented failure to discharge Rule 3.3 and Rule 5.1 obligations during the pendency of this appeal — across four weeks, two attorneys, three filings, and one explicitly invited opportunity to correct — is directly relevant to whether they can be trusted to discharge those obligations on remand before a new judge who will be evaluating the same underlying fraudulent conduct afresh.

## CONCLUSION

Appellant respectfully submits Exhibits 1 through 4 for the Court's consideration in connection with the Motion for Summary Vacatur and all pending matters before this Court. The founding named partner of the firm that terminated Simovonian is listed without a registered partnership interest as his Senior Partner — in a case before the most scrutinized federal appellate court in the country. His own former firm's partners were notified. LawPRO was notified. Both of Simovonian's attorneys of record were notified by name. The response was to make the fraudulent listing more functional. Three subsequent court

filings were signed without disclosure. No label supersedes that documented record.


Respectfully submitted,

_____

Brent Kideckel

Appellant, Self-Represented

P.O. Box 20901

Floral Park, NY 11002

brentkideckel@gmail.com

(917) 634-0637

March 23, 2026


**CERTIFICATE OF SERVICE**

I certify that on March 23, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system, which will send notification of such filing to all registered counsel of record, including:

**George B. Breen / Elizabeth A. Harris**
Epstein, Becker & Green, P.C.
*Attorneys for Appellee Aram Simovonian*
GBreen@ebglaw.com; EHarris@ebglaw.com

**Elizabeth M. Velez / Annika B. Conrad**
Lewis Baach Kaufmann Middlemiss PLLC
*Attorneys for Appellees David Kideckel and Dahlia Saibil*
Elizabeth.Velez@lbkmlaw.com; Annika.Conrad@lbkmlaw.com

**Natalia Marte**

Phillips Lytle LLP

*Attorney for Appellees City of Toronto and Detective David J.N. Wilson*

NMarte@phillipslytle.com

_____

Brent Kideckel

March 23, 2026

# EXHIBIT 1

## Ontario Business Registry — Lima Lee Simovonian LLP

*Profile Report generated March 22, 2026 at 23:54 Certified by the Director/Registrar, Ministry of Public and Business Service Delivery Transaction No. APP-A11076162378 Three registered partners: AJ Lee Professional Corporation, Lima Law Professional Corporation, Simovonian Professional Corporation. Gary Caplan does not appear in any capacity.*

Kideckel v. Foreign Nation of Canada et al.

No. 26-7006

United States Court of Appeals

for the District of Columbia Circuit

Transaction Number: APP-A11076162378
Report Generated on March 22, 2026, 23:54



**Ministry of Public and
Business Service Delivery**

# Profile Report

LIMA LEE SIMOVONIAN LLP as of March 22, 2026

| | |
|---|---|
| **Act** | Business Names Act |
| **Type of Filing** | Firm Name Registration - Ontario Limited Liability Partnership |
| **Firm Name** | LIMA LEE SIMOVONIAN LLP |
| **Business Identification Number (BIN)** | 1000968400 |
| **Registration Status** | Active |
| **Registration Date** | August 01, 2024 |
| **Expiry Date** | July 31, 2029 |
| **Principal Place of Business** | Attention/Care of Lima Lima Professional Corporation, 320 Bay Street, Suite 454, Toronto, Ontario, M5H4A6, Canada |
| **Activity (NAICS Code)** | 5411 - Legal services |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11076162378
Report Generated on March 22, 2026, 23:54

## Registrant Information

**Number of Partners**                                3

## Partners

**Partner 1**
**Name**                                             AJ LEE PROFESSIONAL CORPORATION
**Ontario Corporation Number (OCN)**                 1000856118
**Entity Type**                                      Ontario Business Corporation
**Registered or Head Office Address**                3 Michael Power Place , Unit 2609, Etobicoke, Ontario, M9A 0A2, Canada

**Partner 2**
**Name**                                             LIMA LAW PROFESSIONAL CORPORATION
**Ontario Corporation Number (OCN)**                 1000468474
**Entity Type**                                      Ontario Business Corporation
**Registered or Head Office Address**                130 King Street W, 1800, Toronto, Ontario, M5X 1E3, Canada

**Partner 3**
**Name**                                             SIMOVONIAN PROFESSIONAL CORPORATION
**Ontario Corporation Number (OCN)**                 1000857239
**Entity Type**                                      Ontario Business Corporation
**Registered or Head Office Address**                17 Turnberry Lane, Barrie, Ontario, L4N 6K7, Canada

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11076162378
Report Generated on March 22, 2026, 23:54

**Person Authorizing Registration**

**Full Name**                                    AJ LEE PROFESSIONAL CORPORATION

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11076162378
Report Generated on March 22, 2026, 23:54

## Document List

| Filing Name | Effective Date |
| --- | --- |
| BNA - New Registration of an Ontario Limited Liability Partnership<br>PAF: AJ LEE PROFESSIONAL CORPORATION | August 01, 2024 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

---

# EXHIBIT 2

# Lima Lee Simovonian LLP Website — February 22, 2026

---

*Archived screenshot captured February 22, 2026 at 6:12 AM URL: llsllp.ca/team/gary-caplan/ Gary Caplan listed as "Senior Partner." No contact information. Adjacent to Sharon Chow and Kimberley de Jaray.*

Kideckel v. Foreign Nation of Canada et al.

No. 26-7006

United States Court of Appeals

for the District of Columbia Circuit

Home    About

Careers | Students

Team ⌄

Contact Us »

Expertise ⌄

Publications

# Gary Caplan

## Senior Partner

Home | Team | Gary Caplan
Home | Team | Gary Caplan



## Bio

Gary M. Caplan was called to the Ontario Bar in 1980. He is recognized by the Law Society of Ontario as a Certified Specialist in Civil Litigation and is regularly recognized by his peers as a "Best Lawyer" in

« Back to Team

ADR and Insurance Law. Gary obtained his BA from McGill University, his LLB from the University of Toronto Law School and he holds an LLM in Constitutional Law and an LLM in Alternate Dispute Resolution, both from Osgoode Hall Law School.

Gary is a chartered mediator and arbitrator and is a member of the Chartered Institute of Arbitrators, London, England.

Apart from his practice as a barrister, mediator, and arbitrator, Gary is a frequent speaker, lecturer, and writer. He has been appointed as an adjunct professor at Osgoode Hall Law School, University of Toronto Law School, and Queens Law School.

Notably, Gary was lead counsel in *Caplan v. Atas*, 2021 ONSC 670, where the Ontario Superior

Court recognized, for the first time in Ontario, the tort of online internet harassment.

## Education

## Contact

« Back to Team

# Dedicated Lawyers Delivering Effective and Results-Driven Solutions to Your

Subscribe for our latest publications and upcoming events

Email *                          Subscribe

# Everyday Legal Challenges



## Our Team

> Andrew Lima

> Alexander J. Lee

> Aram Simovonian

> Gary Caplan

> Rohan Singh

> Sunena Anand

> Sharon Chow

> Kimberley de Jaray

> Paralegals, Students, and Administration

Staff

## Our Expertise

> Construction Litigation

> Repair and Storage Liens Act

> Motor Vehicle Accidents

> Accident Benefits

> Personal Injury

> Subrogation

> Wills and Estates

> Landlord and Tenant

> Professional Regulation

> Appeals

## Our Office

5353 Dundas Street W, Suite 503 Toronto, ON M9B 6H8

647-254-2513

info@limalaw.ca

© 2026 Lima Lee Simovonian LLP. All rights reserved.

Terms of Use | Privacy Policy

---

## EXHIBIT 3

## Lima Lee Simovonian LLP Website — March 22, 2026

---

*Current screenshot captured March 22, 2026 at 8:57 PM URL: llsllp.ca/team/gary-caplan/ Gary Caplan still listed as "Senior Partner." Direct telephone (416-568-7747) and email (gcaplan@limalaw.ca) added after documented notice of February 23, 2026.*

Kideckel v. Foreign Nation of Canada et al.

No. 26-7006

United States Court of Appeals

for the District of Columbia Circuit







## Bio

## Education

## Contact

📱 416-568-7747

✉️ gcaplan@limalaw.ca

in Gary Caplan

vCard 🪪

« Back to Team

« Back to Team

# Dedicated Lawyers Delivering Effective and Results- Driven Solutions to Your Everyday Legal Challenges

Subscribe for our latest publications and upcoming events

Email *                    Subscribe



## Our Team

> Andrew Lima

> Alexander J. Lee

> Aram Simovonian

> Gary Caplan

> Rohan Singh

## Our Expertise

> Construction Litigation

> Repair and Storage Liens Act

> Motor Vehicle Accidents Accident

> Subrogation

> Wills and Estates

> Landlord and Tenant

> Professional Regulation

> Appeals

## Our Office

5353 Dundas Street W, Suite 503 Toronto, ON M9B 6H8

647-254-2513



Sunena Anand

Sharon Chow

Kimberley de Jaray

Paralegals, Students, and Administration Staff

Benefits

Personal Injury

✉ info@limalaw.ca

© 2026 Lima Lee Simovonian LLP. All rights reserved.

Terms of Use | Privacy Policy

## EXHIBIT 4

## Notification Email — February 23, 2026

*Sent February 23, 2026 at 6:55 AM by Appellant TO: gary@sclawpartners.ca; carmine@sclawpartners.com (Partners, Scalzi Caplan LLP) CC: Ian Sinke and Tony Antoniou (alaw.ca — LawPRO) CC: Elizabeth A. Harris (EHarris@ebglaw.com) CC: George B. Breen (GBreen@ebglaw.com) (Both counsel of record for Appellee Simovonian, Epstein, Becker & Green, P.C.) Identified listing as fraud on the public. Invited correction before placement on this Court's docket.*

Kideckel v. Foreign Nation of Canada et al.

No. 26-7006

United States Court of Appeals

for the District of Columbia Circuit

 **Gmail**

**Brent Kideckel <brentkideckel@gmail.com>**

## Gary Caplan | Senior Partner - Lima Lee Simovonian LLP

**Brent K** <brentkideckel@gmail.com>      Mon, Feb 23, 2026 at 6:55 AM
To: gary@sclawpartners.ca, carmine@sclawpartners.com
Cc: Ian Sinke <ian@alaw.ca>, Tony Antoniou <tony@alaw.ca>, "Elizabeth A. Harris" <EHarris@ebglaw.com>, "George B. Breen" <gbreen@ebglaw.com>

Good morning,

For your reference, please find enclosed.

With no contact info, placement -after- three kids, and adjacent to two unlicensed professionals held out as counsel, this seems to be further evidence of fraud on the public and fabrication of reality, not a legitimate partnership of Aram Simovonian's previous employer now acting as his subordinate.

Please feel free to comment on the truthfulness of this prior to my placement of it on the DC docket should you wish.

Thanks,


Gary Caplan | Lima Lee Simovonian
LLP
llsllp.ca


**2 attachments**



**gary-caplan-1.jpg**
49K

**Gary Caplan | Lima Lee Simovonian LLP.pdf**
491K