# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

BRENT KIDECKEL,

                 Plaintiff-Appellant,

     v.

FOREIGN NATION OF CANADA, *et al.*,

                 Defendants-Appellees.

_____

No. 26-7006

District Court Case No. 1:24-cv-02907-CJN

**Appeal from the United States District Court for the District of Columbia**

## NOTICE OF WITHDRAWAL OF NATALIA MARTE AS COUNSEL

PLEASE TAKE NOTICE that Natalia Marte, Esq., of the law firm Phillips Lytle LLP, hereby gives notice of her withdrawal as counsel of record for The City of Toronto and David Wilson ("Toronto Defendants"), and hereby states that the purpose of the withdrawal from this case is due to her transition to another law firm and unrelated to the merits of this case. Because other counsel of record, Joshua Glasgow, has appeared on behalf of the Toronto Defendants, this withdrawal does not prejudice any party and will not impact the procedural calendar in any way.

Dated: Washington, D.C.
     April 2, 2026

PHILLIPS LYTLE LLP


By: */s/ Natalia Marte*
    Natalia Marte
Attorney for Defendants-Appellees
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com

Doc #13326507.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.  Plaintiff and Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Respectfully submitted,

By: */s/ Natalia Marte*
    Natalia Marte
Attorney for Defendants-Appellees
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com