No. 26-7006

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

### CERTIFICATE OF COMPLIANCE AND WORD COUNT

In accordance with this Court's sua sponte conversion of Appellant's filing dated March 23, 2026 to a Motion to Supplement the Record pursuant to *Federal Rule of Appellate Procedure 10(e)(2)(C)* (USCA Doc. No. 2165005), Appellant certifies that this filing complies with the applicable type-volume limitation. The body of this motion contains approximately 1,709 words, excluding the cover page, tables of contents and authorities, certificates of compliance and service, and attached exhibits — within the 5,200-word limit applicable to motions under *Fed. R. App. P. 27(d)(2)(A)* and *D.C. Circuit Rule 27(c)*. This filing has been prepared in Times New Roman 14-point font in compliance with *Fed. R. App. P. 32(a)(5)* and *32(a)(6)*.


Brent Kideckel
Appellant, Pro Se
P.O. Box 20901, Floral Park, NY 11002
brentkideckel@gmail.com | (917) 634-0637
April 3, 2026