# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-7006** **September Term, 2025**

**1:24-cv-02907-CJN**

**Filed On:** August 28, 2026

Brent Kideckel,

Appellant

v.

Foreign Nation of Canada, et al.,

Appellees

**BEFORE:** Millett, Wilkins, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of the petition for rehearing; and the alternative motion to publish the court's order issued on June 11, 2026, the response thereto, and the reply, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the alternative motion to publish be denied. See D.C. Cir. Rule 36(f) (providing that motions to publish "are not favored and will be granted only for compelling reasons"); see also D.C. Circuit Handbook of Practice and Internal Procedures 54 (2025).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk