# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-7006** **September Term, 2026**

**1:24-cv-02907-CJN**

**Filed On: September 8, 2026** **[2191901]**

Brent Kideckel,

Appellant

v.

Foreign Nation of Canada, et al.,

Appellees

**MANDATE**

In accordance with the order of June 11, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed June 11, 2026